RECEIVED
SDNY PRO SE OFFICE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Mark Anthony Anderson

Write the full name of each plaintiff.

_____CV_____
(Include case number if one has been assigned)

-against-

La Crescent Police Department
Luke Anlschlager

**COMPLAINT**

Do you want a jury trial?
☒ Yes   ☐ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐ Federal Question

☒ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_____

_____

_____

_____

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, __Mark Anthony Anderson__, is a citizen of the State of
(Plaintiff's name)

__New York__
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, __Luke Ahlschlager__, is a citizen of the State of
(Defendant's name)

__Minnesota__

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, __La Cresent Police Department__, is incorporated under the laws of the State of __Minnesota__

and has its principal place of business in the State of __Minnesota__

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in __La Crescent Minnesota__.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| First Name | Middle Initial | Last Name |
|---|---|---|
| ~~Loe~~ Mark | A | ~~Ahlschlager~~ Anderson |

Street Address: 113-18 Rockaway Blvd ~~800~~ ~~Hooston~~ ~~Street~~

County, City: Queens ~~Queens~~ ~~Hooston~~ ~~County~~   State: New York ~~La Crescent MN~~   Zip Code: 11420 ~~55947~~

Telephone Number: ~~507 895 4801~~ 507-995-0518b

Email Address (if available): ~~Doctor~~ ljockerway@gmail.com

B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: Luke Ahlschlager
First Name         Last Name

Police Officer
Current Job Title (or other identifying information)

315 Main Street
Current Work Address (or other address where defendant may be served)

Houston County  LaCrescent  Minnesota  55947
County, City         State         Zip Code

Defendant 2: _____
First Name         Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City         State         Zip Code

Defendant 3: _____
First Name         Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City         State         Zip Code

Defendant 4:

First Name          Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City          State          Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: 65 Cornforth Road apt 8 La Crescent, MN 55947

Date(s) of occurrence:

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

On February 1st 2021 I reported a friend Evalyne Clark to 911 for an overdose on LSD. She was having panic attacks and making incoherent dellusional statements. In response to the 911 call the police came to my home. Evalyne was outside. I respectfully asked the officers to remain outside. They asked if Evalyne had belongings. I told them I would get her purse for them. The officer commenced to grab my arm. I did not resist and continued to answer and clarify the mistakes on the 911 call. I was very panicced and answering rapidly. I have a disability Skitsophrenica. The police proceeded to get a search warrant for my home based on a clarified statement. Evalyne Clark was taken and admitted to the hospital for overdose symtoms. Upon completion of the search I was charged with 3rd degree

Page 5

possession of a controlled substance. Minnesota Statute 604A.04 and 604A.05 prohibit the prosecution for those that seek emergency medical attention for another. My 8th 5th Amendment Right was violated being booked into the jail is cruel and unusual punishment and my 14th amendment right to due process. I was arrested and jailed, and institutionalized for a number of months. This case was dismissed in 2022. The Incident Report Number on the report is 21000538-MN0250300

### INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Mental Distress and Anguish. I was institutionalized and subjected to medication and that caused memory loss. I was also hurt in a jail that used this illegal arrest to keep me in custody. During this I received a pinched nerve in my back and physical therapy that is on hold and on going

### IV. RELIEF

State briefly what money damages or other relief you want the court to order.

$5,000,000 for the time and loss Mental Distress and Anguish. Loss of reputation and good standing Destroyed Family Relationships and loss of life

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 9/11/2023 | [signature] |
| Dated | Plaintiff's Signature |
| Mark | Anderson |
| First Name    Middle Initial | Last Name |
| 113-18 Rockaway Blvd | |
| Street Address | |
| Queens [illegible] | New York    11420 |
| County, City | State    Zip Code |
| 307-995-5186 | ljoderway@gmail.com |
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes   ☐ No

   If you do consent to receive documents electronically, submit the completed form with your
   complaint. If you do not consent, please do not attach the form.